1  **LAW OFFICES OF JOHNNY L. GRIFFIN, III**
   **JOHNNY L. GRIFFIN, III (SBN 118694)**
2  1010 F Street, Suite 200
   Sacramento, CA 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4
   Attorneys for Defendant
5  CLEVIE EARL BUCKLEY, JR.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA ) | CR No. S-04-205-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| v. ) | **CONFERENCE** |
| ) | |
| ) | Date:  October 28, 2005 |
| CLEVIE EARL BUCKLEY, JR., et al. ) | Time:  ~~9:30 a.m.~~ *9:00 a.m.* |
| ) | |
| Defendant. ) | Honorable Garland E. Burrell, Jr. |
| ) | |
| ) | |

The United States of America, by and through Assistant U.S. Attorney Mary L. Grad, and Defendant CLEVIE EARL BUCKLEY, JR., by and through his attorney, Johnny L. Griffin, III, Defendant CHHOM MAO, by and through his attorney Timothy E. Warriner, and Defendant THA BUN HENG, by and through his attorney Kevin D. Clymo hereby agree and stipulate to continue the status case in the above captioned case from October 28, 2005 to November 18, 2005 at ~~9:30 a.m.~~*9:00 a.m.*[1]

---

1. The parties have been advised by this Court's Clerk that November 18, 2005 at 9:30 a.m. is an available date and time for a status conference on this matter.

U.S. v. Buckley, et al.
CR No. S-04-146-GEB
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

Due to inadvertence, the previous Stipulation filed on October 7, 2005 did not include the parties' stipulation that time continued to be excluded until October 28, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). Hence, the parties agree and stipulate that time be excluded from October 7, 2005 until November 18, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

Dated: October 26, 2005          Respectfully submitted,

   /s/ Mary L. Grad
MARY L. GRAD[2]
Assistant U.S. Attorney

Dated: October 26, 2005          /s/ Timothy E. Warriner[3]
TIMOTHY E. WARRINER
Attorney for Chhom Mao

Dated: October 26, 2005          /s/ Kevin D. Clymo[4]
KEVIN D. CLYMO
Attorney for Tha Bun Heng

Dated: October 26, 2005          /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for CLEVIE EARL BUCKLEY, JR.

**IT IS SO ORDERED.**

DATED: November 1, 2005          /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] Assistant United States Attorney Mary L. Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.

[3] Attorney Timothy Warriner telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

[4] Attorney Kevin Clymo telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.

U.S. v. Buckley, et al.
CR No. S-04-146-GEB
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814