1

**LAW OFFICES OF JOHNNY L. GRIFFIN, III**
**JOHNNY L. GRIFFIN, III (SBN 118694)**

2

1010 F Street, Suite 200
Sacramento, CA 95814

3

Telephone: (916) 444-5557
Facsimile: (916) 444-5558

4

Attorneys for Defendant

5

CLEVIE EARL BUCKLEY, JR.

6

7

8

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

9

10

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | ) | CR No. S-04-205-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS** |
| v. | ) | **CONFERENCE** |
| | ) | |
| | ) | Date: November 18, 2005 |
| CLEVIE EARL BUCKLEY, JR., et al. | ) | Time: ~~9:30 a.m.~~ 9:00 a.m. |
| | ) | |
| Defendant. | ) | Honorable Garland E. Burrell, Jr. |
| | ) | |
| | ) | |

11

12

13

14

15

16

17

18

    The United States of America, by and through Assistant U.S. Attorney Mary L.

19

Grad, and Defendant CLEVIE EARL BUCKLEY, JR., by and through his attorney,

20

Johnny L. Griffin, III, Defendant CHHOM MAO, by and through his attorney Timothy E.

21

Warriner, and Defendant THA BUN HENG, by and through his attorney Kevin D. Clymo

22

hereby agree and stipulate to continue the status case in the above captioned case from

23

November 18, 2005 at 9:30 a.m. to December 16, 2005 at 9:30 a.m.[1]

24

25

1. The parties have been advised by this Court's Clerk December 16, 2005 at 9:30 a.m. is an available date and time for a status conference on this matter.

<u>U.S. v. Buckley, et al.</u>
CR No. S-04-146-GEB
STIPULATION AND ORDER

Law Offices of Johnny L. Griffin III
1010 F Street, Suite 200
Sacramento, CA 95814

1    In addition, the parties agree and stipulate that time be excluded from November

2    18, 2005 to December 16, 2005 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

3

4    Dated: November 17, 2005          Respectfully submitted,

5                                        /s/ Mary L. Grad
6                                      MARY L. GRAD[2]
                                       Assistant U.S. Attorney

7    Dated: November 17, 2005           /s/ Timothy E. Warriner[3]
8                                      TIMOTHY E. WARRINER
                                       Attorney for Chhom Mao
9

10   Dated: November 17, 2005           /s/ Kevin D. Clymo[4]
                                       KEVIN D. CLYMO
11                                     Attorney for Tha Bun Heng

12   Dated: November 17, 2005           /s/ Johnny L. Griffin, III
                                       JOHNNY L. GRIFFIN, III
13                                     Attorney for Clevie Earl Buckley, Jr.

14

15            The parties' stipulation is granted except that the hearing is continued to

16   December 16, 2005, at **9:00 a.m**.

17

18   DATED:  November 17, 2005          /s/ Garland E. Burrell, Jr.
                                       GARLAND E. BURRELL, JR.
19                                     United States District Judge

20

21

22   ───────────────────

23   [2]  Assistant United States Attorney Mary L. Grad telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on her behalf.
     [3] Attorney Timothy Warriner telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and
24   Order on his behalf.
     [4] Attorney Kevin Clymo telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order
25   on his behalf.


U.S. v. Buckley, et al.                          Law Offices of Johnny L. Griffin III
CR No. S-04-146-GEB                                  1010 F Street, Suite 200
STIPULATION AND ORDER                                Sacramento, CA 95814