```
McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. S-04-205-GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING ON MOTION |
| ) | TO SUPPRESS EVIDENCE |
| v. ) | |
| ) | |
| CHHOM MAO, ) | |
| ) | |
| Defendant. ) | |

Defendant Chhom Mao has filed a motion to suppress evidence scheduled for hearing before the court on January 20, 2006 at 9:00 a.m.  The parties agree and stipulate that this hearing be continued until February 3, 2006 at 9:00 a.m.  Government counsel is not available on January 20, 2006.

///
///
///
///
///
///
///
///

1

1 | The case has been set for trial on April 11, 2006 with an
2 | exclusion of time under the Speedy Trial Act until that date.

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: January 10, 2006          By  /s/ Mary L. Grad
                                     MARY L. GRAD
                                     Assistant U.S. Attorney


                                     /S/ Timothy Warriner
                                     TIMOTHY WARRINER
                                     Counsel for Rodney Butler

     IT IS SO ORDERED.

Dated:  January 11, 2006


                                     /s/ Garland E. Burrell, Jr.
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge
```

2