```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  MARY L. GRAD
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2763
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )    CR. S-04-205-GEB
                                 )
12                 Plaintiff,    )    STIPULATION AND ORDER
                                 )    CONTINUING JURY TRIAL AND
13                               )    TRIAL CONFIRMATION HEARING
           v.                    )
14                               )
    TAU BUN HENG, CHHOM MAO, and )
15  CLEVIE EARL BUCKLEY,         )
                                 )
16                 Defendants.   )
                                 )
17
```

18      The captioned action is currently set for jury trial on April
19 11, 2006 with trial confirmation hearing on March 24, 2006.  Counsel
20 for the government has a conflict in schedule for the April 11 date.
21 Counsel for Mr. Buckley begins a lengthy trial before this court on
22 February 14, 2006 and there is uncertainty whether that trial will
23 conclude in sufficient time prior to the April 11 date to permit
24 counsel to adequately prepare for this trial.

25      Accordingly, the parties agree and stipulate that the trial
26 date currently set for April 11, 2004 at 9:00 am be vacated and
27 continued to June 13, 2006 at 9:00 a.m. with trial confirmation
28 hearing to take place on May 12, 2006 at 9:00 a.m.

1

The parties further agree and request that time be excluded from April 11, 2006 to June 13, 2006 under the Speedy Trial Act for effective preparation and continuity of counsel under the provisions of 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(iv).

```
                                        McGREGOR W. SCOTT
                                        United States Attorney

DATED: February 16, 2006       By  /s/ Mary L. Grad
                                        MARY L. GRAD
                                        Assistant U.S. Attorney


                                        /s/ Timothy Warriner
                                        TIMOTHY WARRINER
                                        Counsel for Chhom Mao


                                        /s/ Johnny L. Griffin
                                        JOHNNY L. GRIFFIN
                                        Counsel for Clevie Earl Buckley

                                        /s/ Kevin Clymo
                                        KEVIN CLYMO
                                        Counsel for Tau Bun heng
```

IT IS SO ORDERED.

Dated:  February 17, 2006

```
                                        /s/ Garland E. Burrell, Jr.
                                           GARLAND E. BURRELL, JR.

                                        United States District Judge
```