1   JOHN BALAZS, Bar #157287
    Attorney At Law
2   916 2nd Street, 2nd Floor
    Sacramento, California 95814
3   Telephone: (916) 447-9299
    John@Balazslaw.com
4
    Attorney for Defendant
5   THA HENG

6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

11  UNITED STATES OF AMERICA,        )  No. CR-S 04-205-GEB
                                     )
12                 Plaintiff,        )  **STIPULATION AND ORDER**
                                     )
13       v.                          )
                                     )  Date:  August 4 2006
14  THA HENG, CLEVIE EARL BUCKLEY,   )  Time:  9:00 a.m.
    JR., and CHHOM MAO,              )  Hon. Garland E. Burrell, Jr.
15                                   )
                   Defendants.       )
16  _____ )

17

18       Defendant Tha Heng, through his attorney John Balazs, Chhom Mao,

19  through his attorney Tim Warriner, Clevie Buckley, through his attorney

20  Johnny Griffin, and the United States, through its attorney Assistant

21  U.S. Attorney Mary Grad, hereby stipulate and request that the Court

22  continue the status conference in the above-captioned case from July 7,

23  2006, to **August 4, 2006, at 9:00 a.m.**

24       This continuance is requested because defendant Tha Heng's counsel

25  needs additional time to review surveillance CDs provided in discovery,

26  obtain necessary records, and conduct investigation.  In addition, the

27  parties intend to conduct additional settlement negotiations.

28       For these reasons, the parties stipulate and request that the

1  Court exclude time within which the trial must commence under the

2  Speedy Trial Act from July 7, 2006 through August 4, 2006, for defense

3  preparation under 18 U.S.C. § 3161(h)(8)(B)(iv) (local code T4).  Time

4  is currently being excluded on this ground.

5                                        Respectfully submitted,

6       Dated:  July 7, 2006

7                                        /s/ John Balazs
                                         JOHN BALAZS
8
                                         Attorney for Defendant
9                                        THA HENG

10      Dated:  July 7, 2006

11                                       /s/ Tim Warriner
                                         TIM WARRINER
12
                                         Attorney for Defendant
13                                       CHHOM MAO

14      Dated:  July 7, 2006
                                         /s/ Johnny Griffin
15  _____  JOHNNY GRIFFIN

16                                       Attorney for Defendant
                                         CLEVIE BUCKLEY
17

18                                       McGREGOR SCOTT
                                         U.S. Attorney
19
        Dated:  July 7, 2006
20
                                    By:  /s/ Mary Grad
21                                       MARY GRAD
                                         Assistant U.S. Attorney
22

23
                                    **ORDER**
24
        **IT IS SO ORDERED.**
25
    Dated:  July 7, 2006
26

27                                       /s/ Garland E. Burrell, Jr.
                                         GARLAND E. BURRELL, JR.
28                                       United States District Judge

                                         2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28