IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|                 Plaintiff, | )   2:04-cr-205-GEB |
|    v. | )   <u>ORDER</u> |
| THA BUN HENG, CHHOM MAO, and CLEVIE EARL BUCKLEY, JR., | ) |
|                 Defendants. | ) |

         Having considered the government's motion filed November 22, 2006, it is hereby ordered that Counts One, Two, Three, and Four of the Third Superseding Indictment are dismissed.

         IT IS SO ORDERED.

DATED: November 22, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

1