```
                 IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,    )
                             )      2:04-cr-0205-GEB
          Plaintiff,         )
                             )
     v.                      )      TRANSMISSION TO PARTIES
                             )      OF TRIAL DOCUMENTS
THA BUN HENG; CHOM MAO; and  )
CLEVIE EARL BUCKLEY, JR.,    )
                             )
          Defendants.        )
                             )
_____)
```

Attached are draft voir dire questions, jury instructions, and verdict forms.

DATED: November 30, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge