IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>　　　v.<br>THA BUN HENG; CHHOM MAO; and<br>CLEVIE EARL BUCKLEY, JR.,<br>　　　　　Defendants. | 2:04-cr-0205-GEB<br><br>NOTICE RE:<br><u>REVISED VERDICT FORM</u> |

　　　　Attached is a revised verdict form that reflects the correct spelling of Defendant Mao's first name.

DATED: November 30, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

1