IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>THA BUN HENG; CHHOM MAO; and<br>CLEVIE EARL BUCKLEY, JR.,<br><br>Defendants. | 2:04-cr-0205-GEB<br><br>ORDER |

A hearing is scheduled on December 1, 2006, at 9:00 a.m. on Defendant Heng's motion in limine and Defendant Buckley's motion to dismiss, which Defendant Heng has joined. Separate orders issued today on both motions. However, this action will remain calendared at the stated time since the parties' views are sought on the proposed preliminary jury instructions and voir dire which were also filed today.

Further, the government's trial brief states a representative of the United State's Marshal's Service has indicated a request will be made that each defendant be restrained during the trial "by attaching a cable secured to counsel table to an ankle iron

1

around one ankle of each defendant." (Trial Brief at 17.) This matter should also be discussed at the hearing.

IT IS SO ORDERED.

Dated: November 30, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge