IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:04-cr-0205-GEB |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| THA BUN HENG; CHHOM MAO; and ) | |
| CLEVIE EARL BUCKLEY, JR., ) | |
| ) | |
| Defendants. ) | |
| ) | |

In light of the dismissal ordered on November 22, 2006, the proposed redacted indictment, document number 269-2, is filed nunc pro tunc on November 22, 2006.

IT IS SO ORDERED.

Dated: December 12, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

1