McGREGOR W. SCOTT
United States Attorney
CAROLYN K. DELANEY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2798

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR No. S 04-205 GEB |
| Plaintiff, | ) |
| v. | ) [PROPOSED] FINDINGS PURSUANT TO |
| | ) FEDERAL RULE OF CRIMINAL |
| CHHOM MAO, | ) PROCEDURE 32(i)(3)(C) |
| Defendant. | ) |

**THE COURT HEREBY MAKES THE FOLLOWING FINDINGS:**

Pursuant to Rule 32(i)(3)(C), Federal Rules of Criminal Procedure, the Court makes the following findings to be appended to the defendant's presentence report.

The Court declines to vary from the guidelines based on the defendant's arguments regarding crack-powder disparity, sentencing disparity, or sentencing entrapment. The Court adopts the findings of the pre-sentence report and finds that the guideline sentence is an appropriate sentence after consideration

1

of all of the sentencing factors set forth in 18 U.S.C. § 3553(a).

Dated: April 18, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge