Tim Warriner (SB#166128)
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141
FAX: (916) 441-0970

Attorney for Defendant,
CHHOM MAO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHHOM MAO, and ) <br> CLEVIE EARL BUCKLEY, JR. ) <br> ) <br> ) <br> Defendants. ) <br> _____) | No. CR S 04-205 GEB <br><br> STIPULATION AND PROPOSED <br> ORDER CONTINUING STATUS <br> CONFERENCE TO JUNE 20, 2008 |

Pursuant to the remand order of the Ninth Circuit, the court set a status conference for June 6, 2008. Due to the availability of counsel on that date, and the need for counsel to prepare, the parties hereby stipulate that the status conference be continued to **June 20, 2008 at 9:00 a.m..**

DATED: May 27, 2008          /s/ Tim Warriner,
                             Attorney for Defendant, CHHOM MAO

DATED: May 27, 2008          /s/ Joseph Wiseman
                             Attorney for Defendant, CLEVIE EARL BUCKLE, JR.

DATED: May 27, 2008          /s/ Carolyn Delaney
                             Assistant United States Attorney

1

ORDER

Pursuant to the stipulation of the parties, the status conference set for June 6, 2008 is hereby continued to June 20, 2008 at 9:00 a.m.

Dated: May 27, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

2